**Order entered June 3, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01306-CR

**JULIAN TERENCE MARTIN JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F13-59221-X**

## ORDER

Appellant's May 27, 2016 motion for appointed counsel for appeal is **DENIED**. Appellant is represented by counsel who has filed an *Anders* brief on appellant's behalf. Upon submission and review of the case, if the Court determines that an arguable issue for appeal exists, then the Court will order the appointment of new counsel. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005).

/s/    LANA MYERS
        JUSTICE